# EXHIBIT A

096-362704-25

FILED
TARRANT COUNTY
3/11/2025 11:00 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. _____**

| | | |
|---|---|---|
| **KAL SCHULLER,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **V3 ELECTRIC, INC., and** | § | |
| **EVERBRIGHT, LLC,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | **\_\_\_\_ JUDICIAL DISTRICT** |

## Plaintiff's Original Petition

Kal Schuller ("Plaintiff") files his Original Petition against V3 Electric, Inc. and EverBright, LLC ("Defendants").

### I. DISCOVERY CONTROL PLAN AND JURY REQUEST

1. Plaintiff intends to conduct discovery under Level 2 pursuant Texas Rules of Civil Procedure 190.3. Plaintiff also requests a jury trial in this Cause.

### II. PARTIES

2. Plaintiff Kal Schuller is an individual residing in Tarrant County, Texas.

3. Defendant V3 Electric, Inc. is a foreign entity organized under the laws of California. Defendant can be served via its registered agent, Northwest Registered Agent, LLC, at 5900 Balcones Drive, Suite 100, Austin, Texas 78731.

4. Defendant EverBright, LLC is a foreign entity organized under the laws of Delaware.

Defendant can be served via its registered agent, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620 Austin, TX 78701.

### III. JURISDICTION AND VENUE

5.    This Court has jurisdiction over the subject matter of this case because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

6.    This Court has personal jurisdiction over the Defendants because Defendants conducted business in this state by providing energy services in Tarrant County and throughout Texas.

7.    Venue for this case is proper in Tarrant County, Texas because all or a substantial part of the events or omissions giving rise to the claim occurred in Tarrant County.

8.    Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000. *See* Tex. R. Civ. P. 47(c)(3).

### IV. FACTS

9.    On or about May 21, 2024, Defendants' sales representative visited Plaintiff's home to explain Defendants' sales promotion for solar panel systems. After reviewing the house, energy bills, and other details, Defendants' sales representative promised Plaintiff that Defendants' solar panel system would lower his electric bill, requiring him to pay only a monthly connection fee of $15 to $30. Plaintiff was promised his home would retain power during power outages. Defendants also promised Plaintiff he would be enrolled in a "buyback program," which would allow Plaintiff to sell back excess electricity and receive credits on his electric bill. Plaintiff, relying on the Defendants' representations about the benefits of their solar panel system, agreed to a credit check to determine his eligibility before making any commitment. However, instead of conducting the credit check as expected, the Defendants' sales representative had him sign documents that were,

in fact, a Power Purchase Agreement with Defendant EverBright, LLC for a term of 25 years at a cost of approximately $86,844.96. After signing what the Plaintiff believed to be a credit check application, Defendants' sales representative informed Plaintiff that the contract would be emailed to him later for review before signing. Plaintiff did not receive the contract until approximately 15 days after signing, by which time the cancellation period had already expired. Notably, Defendant V3 Electric, Inc. never disclosed to Plaintiff that Defendant EverBright will be financing the transaction.

10.     On or about October 15, 2024, after the solar panels were installed and declared operational, Plaintiff noticed that the panels did not generate electricity at the level Defendants had represented. Plaintiff's electric bill was nowhere near the amount Defendants' sales representative had promised him. Plaintiff continued to receive the same average electric bill. Eventually, on or about December 16, 2024, Defendants sent a technician to Plaintiff's home, who confirmed that the Permission to Operate application had not been submitted properly. As a result, the system had been non-operational since its installation in June 2024. Plaintiff also discovered that he needed to be enrolled in a solar plan from his provider to qualify for the "buyback program," despite receiving confirmation from Defendants that he was not required to change or notify his current electric provider.

11.     Plaintiff continued to follow up with Defendants, notifying them that the solar panel system was not generating electricity as Defendants had represented and that he was still paying a monthly electric bill. Instead of addressing the issues, Defendants informed Plaintiff that new users must wait for a probationary period of 12 months before being reevaluated. Eventually, after numerous attempts to fix the solar panels and realize the benefits he was promised, Plaintiff realized that he had been defrauded and would not realize the benefits Defendants promised him.

12. Defendants lied to Plaintiff about the benefits of solar panels in order to induce Plaintiff into a contract to make money. These acts and omissions constitute violations of the DTPA, including but not limited to Section 17.46(b)(5) and Section 17.50(b)(24). Defendants' conduct also constitutes fraud.

## V. CAUSES OF ACTION

13. Plaintiff incorporates by reference the factual allegations contained in the preceding paragraphs.

14. The Texas Deceptive Trade Practices and Consumer Protection Act ("DTPA") applies to "consumers" who purchase or lease goods and services.[1] Under the DTPA, "services" are defined as, "work, labor, or service purchased or leased for use, including services furnished in connection with the sale or repair of goods."[2] Therefore, the DTPA applies to Defendants' misrepresentations concerning the solar panel services at issue.

### A. Tex. Bus. & Comm. Code § 17.46 – Deceptive Trade Practices Unlawful

15. The DTPA prohibits:

- representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which the person does not.

- failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have

---

[1] *See* Tex. Bus. & Com. Code Ann. § 17.45(4).
[2] Tex. Bus. & Com. Code Ann. § 17.45(2).

entered had the information been disclosed.

16.    Here, Defendants' conduct constitutes a violation of the above DTPA provisions. Defendants misrepresented the benefits of Defendants' solar panel system and failed to disclose the fact that Plaintiff would not obtain the benefits he was promised and that Defendant EverBright, LLC was financing the transaction.

### B.    Tex. Bus. & Comm. Code § 17.50 – Deceptive Trade Practices Unlawful

17.    Under the DTPA, consumers may seek relief for damages due to "any unconscionable action or course of action by any person."[3]

18.    Here, Defendants' course of action was unconscionable. Defendants lied to Plaintiff about the benefits of solar panels in order to induce Plaintiff into accepting the solar panels and obligating Plaintiff to incur a $86,844.96 loan for a product that does not work as represented by Defendants. Further, Defendants misrepresented to Plaintiff that he was signing a credit check application when, in fact, he was signing the Power Purchase Agreement.

### C.    Fraud

19.    Defendants made material representations that were false, including but not limited to reducing Plaintiff's monthly electric bill and misrepresenting the fact that Plaintiff would receive money for selling back extra electricity through a "buy back" program. All of these representations were false and intended to induce Plaintiff to agree to Defendants' proposed solar panel services so that Defendants could make money.

### D.    Declaratory Judgment Act Relief

20.    Plaintiff requests a judgment pursuant to § 37.003 and 37.004 of the Tex. Civ. Prac. &

---

[3] Tex. Bus. & Com. Code Ann. § 17.50(a)(3).

**Plaintiff's Original Petition**                                                                                     **Page 5**

Rem. Code declaring that the Purchase Agreement and the Loan Agreement procured by fraud and deceptive business practices be declared void.

21.    Here, there is a real controversy between the parties as to the binding effect of the agreements, and the controversy will be resolved by the judicial declaration sought.

## VI. CONDITIONS PRECEDENT

22.    Plaintiff has complied with the notice provision of the DTPA.[4] Although Plaintiff has not provided the 60-day notice letter, Plaintiff filed this lawsuit in accordance with section 17.505(b)

## VII. DAMAGES

23.    Plaintiff is entitled to the following damages:

    a.    Economic damages;

    b.    Mental anguish damages;

    c.    Additional damages to be determined under the DTPA;

    d.    Exemplary damages,

    e.    Court costs and fees;

    f.    Prejudgment and postjudgment interests; and

    g.    Plaintiff's reasonable attorney's fees.

## VIII. PRAYER

Plaintiff prays that Defendants be cited to appear and answer, and that on final trial, Plaintiff be granted a judgment against Defendants for a sum of money in excess of minimum jurisdictional limits of this Court or such other sum which the trier of fact determines is just and fair plus pre and

---

[4] Tex. Bus. & Com. Code Ann. § 17.505.

**Plaintiff's Original Petition**                                                                 **Page 6**

post judgment interest at the maximum legal rate until paid in fully, attorneys fees, and for all cost of

Court incurred in the prosecution of this action, and for such other and further relief to which Plaintiff

may show himself justly entitled whether at law or in equity.

Respectfully submitted,

**ARNELL LAW, PLLC**
450 Century Parkway
Suite 250
Allen, Texas 75013
Telephone: (972) 516-4385


By: _  /s/ Chris Arnell_
       Chris Arnell
       State Bar No. 24104322
       Chris@arnelllaw.com

**ATTORNEY FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Giao Arnell on behalf of Christopher Arnell
Bar No. 24104322
giao@arnelllaw.com
Envelope ID: 98346746
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 3/12/2025 9:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Giao Arnell | | giao@arnelllaw.com | 3/11/2025 11:00:15 PM | NOT SENT |
| Chris Arnell | | chris@arnelllaw.com | 3/11/2025 11:00:15 PM | NOT SENT |

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY SERVICE REQUEST FORM

**Cause No:** TBD

**Style of Case:**   KAL SCHULLER V. V3  ELECTRIC INC. ET AL.

Please reference the District Clerk web page, **www.tarrantcountytx.gov/DistrictClerk/Forms** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.  \*For electronic service, service document will be e-mailed to you for you to attach documents and have party served.**

☐     **Check box if you would like the District Clerk's Office to make copies for your service.  (***Add $1.00 per page, per pleading, for each non-certified paper copy for service.  For other types of copies see fee list on District Clerk website***).**

**Title of Pleading to be Served:** Plaintiff's Original Petition
**Date Pleading Filed:** 3/11/2025
**Return to (e-Service ONLY):** Chris Arnell; chris@arnelllaw.com
**(Name and e-mail address)**

| Quantity | Type of Service | TC Constable | Alternative Service (Private Process or Out of County) | Certified Mail | *Electronic Service |
|---|---|---|---|---|---|
| | Citation by Publication | | | | |
| | Citation by Posting | | | | |
| 2 | Citation | | Private Processor | | Electronic |
| | TRO | | | | |
| | Show Cause | | | | |
| | Capias | | | | |
| | Arrest Warrant | | | | |
| | Protective Order | | | | |
| | Writ of Habeas | | | | |
| | Writ of Attachment | | | | |
| | Bench Warrant | | | | |
| | Writ of Garnishment | | | | |
| | Writ of Permanent Injunction | | | | |
| | Writ of Temporary Injunction | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name of Party to be served: V3 Electric, Inc.          Service Type:  Citation Request
Address for Service:  5900 Balcones Drive, Suite 100, Austin, Texas 78731   Party Type:  Defendant

Name of Party to be served: EverBright, LLC          Service Type:  Citation Request
Address for Service:  211 E. 7th Street, Suite 620 Austin, TX 78701   Party Type: Defendant

**Attach additional pages if there are more parties to be served.**

**PERSON REQUESTING SERVICE:**
NAME:   Chris Arnell
MAILING ADDRESS: 450 Century Pkwy, Ste 250, Allen, TX 75013
PHONE NO: 972-516-4385          FAX NO.: 972-637-9415
EMAIL ADDRESS:  chris@arnelllaw.com

Revised 01/10/2024

Copy from re:SearchTX

096-362704-25

FILED
TARRANT COUNTY
3/27/2025 2:59 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-362704-25

| | | |
|---|---|---|
| KAL SCHULLER | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 96TH JUDICIAL DISTRICT |
| | § | |
| V3 ELECTRIC, INC., AND EVERBRIGHT, LLC | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Mar 22, 2025, 12:00 pm,**

### CITATION, PLAINTIFF´S ORIGINAL PETITION

and was executed at **211 East 7th Street Ste 620, Austin, TX 78701** within the county of **Travis** at **01:58 PM** on **Mon, Mar 24 2025**, by delivering a true copy to the within named

**EVERBRIGHT, LLC, BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT KANEISHA GROSS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson,** I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **March 25, 2025.**

_____

Corin Johnson
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

_CITATION_       `    _Cause No. 096-362704-25_

KAL SCHULLER
VS.
V3 ELECTRIC, INC., AND EVERBRIGHT, LLC

TO: EVERBRIGHT LLC

B/S REG AGT/CSC-LAWYERS INCORPORATING SERVICE CO
211 E 7TH ST STE 620
AUSTIN, TX 78701-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 96th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

KAL SCHULLER

Filed in said Court on March 11th, 2025 Against
V3 ELECTRIC INC, EVERBRIGHT LLC

For suit, said suit being numbered 096-362704-25 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

CHRIS ARNELL
Attorney for KAL SCHULLER Phone No. (972)516-4385
Address     450 CENTURY PKWY STE 250 ALLEN, TX 75013

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 17th day of March, 2025.

By _____ _Natalie Thigpen_ _____

NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 03/17/2025
THOMAS A. WILDER
DEPUTY CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

---

OFFICER'S RETURN  *09636270425000006*

Received this Citation on the _____ day of _____ , _____ at _____ o'clock ___M; and executed at
_____ within the county of _____ , State of _____ at _____ o'clock ___M
on the _____ day of _____ , _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
_____
County of _____, State of _____

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98978452
Filing Code Description: No Fee Documents
Filing Description: ROS EVERBRIGHT, LLC
Status as of 3/27/2025 3:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chris Arnell | | chris@arnelllaw.com | 3/27/2025 2:59:48 PM | SENT |
| Giao Arnell | | giao@arnelllaw.com | 3/27/2025 2:59:48 PM | SENT |

096-362704-25

FILED
TARRANT COUNTY
4/2/2025 11:02 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-362704-25

| | | |
|---|---|---|
| KAL SCHULLER | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 96TH JUDICIAL DISTRICT |
| | § | |
| V3 ELECTRIC, INC., AND EVERBRIGHT, LLC | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Mar 22, 2025, 12:00 pm,**

**CITATION, PLAINTIFF´S ORIGINAL PETITION**

and was executed at **5900 Balcones Drive Ste 100, Austin, TX 78731** within the county of **Travis** at **04:38 PM on Mon, Mar 24 2025,** by delivering a true copy to the within named

**V3 ELECTRIC INC, B/S REG AGT-NORTHWEST REGISTERED AGENT LLC**
Accepted by intake specialist Kaden Sheffield

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson,** I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas,** on **March 28, 2025.**

_____
**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**

Copy from re:SearchTX

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 096-362704-25*

KAL SCHULLER
VS.
V3 ELECTRIC, INC., AND EVERBRIGHT, LLC

TO: V3 ELECTRIC INC

B/S REG AGT-NORTHWEST REGISTERED AGENT LLC
5900 BALCONES DR STE 100
AUSTIN, TX 78731-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 96th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

KAL SCHULLER

Filed in said Court on March 11th, 2025 Against
V3 ELECTRIC INC, EVERBRIGHT LLC

For suit, said suit being numbered 096-362704-25 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

CHRIS ARNELL
Attorney for KAL SCHULLER Phone No. (972)516-4385
Address        450 CENTURY PKWY STE 250 ALLEN, TX 75013
_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 17th day of March, 2025.

By _____Natalie Thigpen_____
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 03/17/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *09636270425000005*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____                _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                                    _____
                    County of _____. State of _____

Copy from re:SearchTX

Cause No. 096-362704-25

KAL SCHULLER

VS.

V3 ELECTRIC, INC., AND
EVERBRIGHT, LLC

ISSUED

This 17th day of March, 2025

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By       NATALIE THIGPEN Deputy

CHRIS ARNELL
Attorney for: KAL SCHULLER
Phone No. (972)516-4385
ADDRESS: 450 CENTURY PKWY STE 250

ALLEN, TX 75013

*CIVIL LAW*



*09636270425000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 03/17/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99177967
Filing Code Description: No Fee Documents
Filing Description: ROS V3 ELECTRIC INC
Status as of 4/2/2025 11:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chris Arnell | | chris@arnelllaw.com | 4/2/2025 11:02:53 AM | SENT |
| Giao Arnell | | giao@arnelllaw.com | 4/2/2025 11:02:53 AM | SENT |

Copy from re:SearchTX

096-362704-25

FILED
TARRANT COUNTY
4/3/2025 9:01 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-362704-25

| | | |
|---|---|---|
| KAL SCHULLER, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **96th JUDICIAL DISTRCT COURT** |
| V3 ELECTRIC, INC, and | § | |
| EVERBRIGHT, LLC, | § | |
| | § | |
| **Defendants.** | § | **TARRANT COUNTY, TEXAS** |

## DEFENDANT V3 ELECTRIC, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **V3 ELECTRIC, INC.,** Defendant in this cause, and file this, his Original

Answer, and for same would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

Defendant denies each and every, all and singular, the allegations against them in Plaintiff's

live Petition and demand strict proof thereof.

### II.
### JURY DEMAND

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant respectfully

demands a trial by jury. A jury fee is being or will be paid on its behalf.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **V3 ELECTRIC, INC.** prays

that the Plaintiff take nothing by this suit, that Defendant go hence with his costs without delay,

and for such other and further relief, both general and special, at law and in equity, to which

Defendant may how himself justly entitled.

**DEFENDANT'S ORIGINAL ANSWER**                                                      **Page 1**

Copy from re:SearchTX

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ William M. Toles*

**WILLIAM M. TOLES**
State Bar No. 00798550
**PETER C. HOGUE**
State Bar No. 24096933
500 N. Akard, Suite 4000
Dallas, Texas 75201
*wtoles@munsch.com*
*phogue@munsch.com*
**214-855-7500**
**214-855-7584 [Fax]**

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, e-served, telecopied or hand delivered to all attorneys of record in this cause of action on April 3, 2025.

*/s/ WILLIAM M. TOLES*
**WILLIAM M. TOLES**

**DEFENDANT'S ORIGINAL ANSWER**                                        **Page 2**

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paola Decristofaro on behalf of William Toles
Bar No. 798550
pdecristofaro@munsch.com
Envelope ID: 99223204
Filing Code Description: Answer/Response
Filing Description: Answer/Response
Status as of 4/3/2025 9:10 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chris Arnell | | chris@arnelllaw.com | 4/3/2025 9:01:53 AM | SENT |
| Giao Arnell | | giao@arnelllaw.com | 4/3/2025 9:01:53 AM | SENT |
| William Toles | | wtoles@munsch.com | 4/3/2025 9:01:53 AM | SENT |
| Peter Hogue | | phogue@munsch.com | 4/3/2025 9:01:53 AM | SENT |
| Stacy Judkins | | sjudkins@munsch.com | 4/3/2025 9:01:53 AM | SENT |
| Paola Decristofaro | | pdecristofaro@munsch.com | 4/3/2025 9:01:53 AM | SENT |

Copy from re:SearchTX

096-362704-25

FILED
TARRANT COUNTY
4/11/2025 1:24 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 096-362704-25

| | | |
|---|---|---|
| KAL SCHULLER,<br>　　*Plaintiff*, | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§<br>§ | TARRANT COUNTY, TEXAS |
| | § | |
| V3 ELECTRIC, INC., and<br>EVERBRIGHT, LLC,<br>　　*Defendants*. | §<br>§<br>§ | 96TH JUDICIAL DISTRICT |

## DEFENDANT EVERBRIGHT, LLC'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant EverBright, LLC ("EverBright" or "Defendant"), hereby files its Original Answer and Affirmative Defenses to the Original Petition ("Petition") of Kal Schuller ("Plaintiff"). In support, EverBright would respectfully show the Court as follows:

## I.
## GENERAL DENIAL

1.　　Defendant, as permitted by the Texas Rules of Civil Procedure and the Constitution of the United States and the State of Texas, hereby generally denies each and every, all and singular, of the material allegations set forth in the Petition, subject to any stipulations it may hereafter make, and demand strict proof thereof by preponderance of the evidence before a judge or jury.

1

## II.
## <u>SPECIAL EXCEPTIONS</u>

2.      Defendant specially excepts to Plaintiff's Petition and fraud cause of action, which fails to provide fair notice of what conduct of Defendant constitutes fraud or what representations by Defendant were allegedly false. Under Rules 45 and 47 of the Texas Rules of Civil Procedure, a petition must provide fair and adequate notice of the facts upon which the Plaintiff's claims are based and provide information sufficient to enable the defendant to properly prepare a defense. *See* Tex. R. Civ. P. 45(b); Tex. R. Civ. P. 47(a); *Kinder Morgan SACROC, LP v. Scurry Cnty.*, 622 S.W.3d 835, 849 (Tex. 2021) (stating that petition failed to allege that the taxpayer fraud claim resulted from any conduct by the defendant). Defendant requests the Court sustain this special exception and require Plaintiff to replead and/or remove this defective cause of action for fraud.

## III.
## <u>AFFIRMATIVE DEFENSES</u>

Without conceding that it necessarily bears the burden of pleading or proof with respect to any of them, Defendant hereby asserts the following affirmative defenses and/or matters of avoidance, which are plead subject to and without waiver of each other:

1.      Defendant asserts that it owes no duty to Plaintiff.

2.      Defendant asserts that Plaintiff's claims are arbitrable.

2

3.    Defendant asserts that this action is barred, in whole or in part, by the applicable statute of limitation(s) and/or repose.

4.    Defendant asserts that Plaintiff's claims may be barred, in whole or in part, by the doctrines of waiver and/or consent.

5.    Defendant asserts that Plaintiff failed to mitigate his alleged damages and should any damages be award to Plaintiff, such damages should be denied, or at a minimum, offset, resulting from Plaintiff's failure to mitigate his alleged damages.

6.    Defendant asserts that Plaintiff's claims and/or the relief he seeks are barred, in whole or in part, because Plaintiff failed to provide sufficient notice.

7.    Defendant asserts that Plaintiff's claims and/or the relief he seeks are barred, in whole or in part, because Plaintiff failed to provide Defendant with a reasonable opportunity to cure.

8.    Defendant asserts that Plaintiff's claims and/or the relief he seeks are barred, in whole or in part, because Plaintiff's claims are barred because of disclaimers.

9.    Defendant asserts that Plaintiff's claims and/or the relief he seeks are barred, in whole or in part, by the contractual terms and conditions between the parties.

3

10.    Defendant asserts that Plaintiff's claims and/or the relief he seeks are barred, in whole or in part, because the acts or omissions of Plaintiff and/or third parties caused or contributed to Plaintiff's alleged injuries.

11.    Defendant asserts that its liability is limited in whole or in part pursuant to the FTC Holder Rule as set out in 16 C.F.R. § 433.2 and its counterpart in Tex. Bus. & Com. Code § 3.302, which limit recovery against the holder of a consumer credit contract to the amount a consumer has paid to the holder.

12.    Defendant asserts that Plaintiff's claims are barred for failure to meet the conditions precedent required for its claims under Tex. Bus. & Com. Code § 17.505(a), which requires a plaintiff to give sixty days' notice before filing a suit under Tex. Bus. & Com. Code § 17.50.

13.    Defendant reserves all rights to amend/supplement the aforementioned affirmative defenses and matters of avoidance.

**IV.**
**RULE 193.7 NOTICE**

Defendant hereby gives notice to all parties that any and all documents produced in response to written discovery may be used against the producing party at any pretrial proceeding and/or at trial of this matter without the necessity of authenticating documents.

4898-7253-4575.1

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant EverBright, LLC prays that, upon trial hereof, Plaintiff take nothing, that Defendant recovers its costs, and that Defendant has any further relief to which it may justly be entitled in law or equity.

**DATE: April 11, 2025**

Respectfully submitted,


*/s/ Kristina A. Reliford*

Kristina A. Reliford
Attorney-in-Charge
Texas Bar No. 24138667
**BRADLEY ARANT BOULT CUMMINGS LLP**
JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002
Tel: (713) 576-0339
Telecopier: (713) 576-0301
kreliford@bradley.com
*Counsel for Defendant EverBright, LLC*

5

4898-7253-4575.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 11th day of April 2025, a true and correct copy of the foregoing instrument was served on all parties in accordance with the Texas Rules of Civil Procedure.

Chris Arnell
Chris@arnelllaw.com
Arnell Law, PLLC
450 Century Parkway
Suite 2250
Allen, TX 75013
Telephone: (972) 516-4385
Fax: (972) 637-9415

*Counsel for Plaintiff*

/s/ *Kristina A. Reliford*
Kristina A. Reliford

4898-7253-4575.1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristina Reliford on behalf of Kristina Reliford
Bar No. 24138667
kreliford@bradley.com
Envelope ID: 99572269
Filing Code Description: Answer/Response
Filing Description: EverBright Answer Schuller 489872534575 1
Status as of 4/11/2025 3:09 PM CST

Associated Case Party: THEV3 ELECTRIC INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stacy Judkins | | sjudkins@munsch.com | 4/11/2025 1:24:45 PM | SENT |
| William Toles | | wtoles@munsch.com | 4/11/2025 1:24:45 PM | SENT |
| Peter Hogue | | phogue@munsch.com | 4/11/2025 1:24:45 PM | SENT |
| Paola Decristofaro | | pdecristofaro@munsch.com | 4/11/2025 1:24:45 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chris Arnell | | chris@arnelllaw.com | 4/11/2025 1:24:45 PM | SENT |
| Giao Arnell | | giao@arnelllaw.com | 4/11/2025 1:24:45 PM | SENT |

Associated Case Party: THEEVERBRIGHT LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristina Reliford | 24138667 | kreliford@bradley.com | 4/11/2025 1:24:45 PM | SENT |
| Lara Jarrett | | ljarrett@bradley.com | 4/11/2025 1:24:45 PM | SENT |